BEFORE THE THIRD DIVISION, MAY 15, 1947

**No. 51709.**—Protest 129849–K of Baker Castor Oil Co. (New York).

Opinion by CLINE, J.   At the trial counsel for Government moved to dismiss the protest on the ground that it was untimely.   An examination of the record disclosing that the protest was filed more than 60 days after the collector's liquidation, the motion to dismiss was granted.

**No. 51710.**—Protests 847079–G, etc., of Wing Woh Chong Hing Kee Co. (New York).

Opinion by CLINE, J.   It was stipulated that the merchandise consists of kumquats similar in all material respects to those the subject of *United States* v. *Fung Chong Co.* (34 C. C. P. A. 40, C. A. D. 342).   In accordance therewith the claim at 1 cent per pound under paragraph 743 was sustained.

**No. 51711.**—Protests 55965–K, etc., of Copeland & Thompson, Inc. (New York).

Opinion by CLINE, J.   It was stipulated that the merchandise consists of oatmeals or oatmeal saucers the same in all material respects as those passed upon in *Copeland & Thompson, Inc.* v. *United States* (12 Cust. Ct. 85, C. D. 833).   In accordance therewith the merchandise was held dutiable as claimed.

**No. 51712.**—Protests 11879–K, etc., of P. & S. Plum, Ltd. (New York).

Opinion by CLINE, J.   It was stipulated that the cheese is similar in all material respects to that the subject of *S. A. Haram* v. *United States* (17 Cust. Ct. 37, C. D. 1016).   In accordance therewith the claim of the plaintiff was sustained.